IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1346-RGA-CJB |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO STAY

Plaintiff The Neilsen Company (US), LLC ("Plaintiff") and defendant TVision Insights, Inc. ("Defendant") stipulate and agree, subject to the approval of the Court, that all case deadlines in the above-captioned action, C.A. No. 23-1346-RGA-CJB, are stayed for forty-five (45) days, at which point the parties shall submit a joint status report.

| | |
|---|---|
| */s/ Andrew L. Brown* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Bindu A. Palapura (No. 5730) | Andrew E. Russell (No. 5382) |
| Andrew L. Brown (No. 6766) | Nathan R. Hoeschen (No. 6232) |
| POTTER ANDERSON & CORROON LLP | Lindsey M. Gellar (No. 7202) |
| Hercules Plaza, 6th Floor | SHAW KELLER LLP |
| 1313 N. Market Street | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 984-6000 | Wilmington, DE 19801 |
| dmoore@potteranderson.com | (302) 298-0700 |
| abrown@potteranderson.com | jshaw@shawkeller.com |
| bpalapura@potteranderson.com | arussell@shawkeller.com |
| *Attorneys for Plaintiff* | nhoeschen@shawkeller.com |
| | lgellar@shawkeller.com |
| Dated: May 30, 2024 | *Attorneys for Defendant* |

SO ORDERED this _____ day of ___ 2024.

_____
United States District Court Judge

1