IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) ) ) | |
| *Plaintiff*, | ) ) | C.A. No. 1:23-cv-01346-RGA-CJB |
| v. | ) ) | |
| TVISION INSIGHTS, INC., | ) ) | |
| *Defendant*. | ) | |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Nielsen Company (US), LLC and Defendant TVision Insights, Inc. hereby stipulate and agree to the dismissal with prejudice of their respective claims in this action. Each side will bear its own costs and fees.

Dated: July 19, 2024

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Douglas Lewis
Jason Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
ckatz@kelleydrye.com
jschenerman@kelleydrye.com

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 1901
Telephone: (302) 984-6000
dmoore@potteranderson.com
bpalapura@pottersanderson.com

*Attorneys for Plaintiff*
*The Nielsen Company (US), LLC*

| | |
|---|---|
| OF COUNSEL:<br><br>Eric C. Cohen<br>RIMON LAW<br>875 N. Michigan Ave., Suite 3100<br>Chicago, IL 60611<br>Telephone: (984) 960-2860<br>Eric.Cohen@Rimonlaw.com<br><br>Jason Xu<br>RIMON LAW<br>1999 K. Street, NW, Suite 420<br>Washington, DC 20006<br>Telephone: (202) 470-2141<br>Jason.Xu@Rimonlaw.com | SHAW KELLER LLP<br><br>By: */s/ Andrew E. Russell*<br><br>John W. Shaw (# 3362)<br>Nathan R. Hoeschen (#6232)<br>Andrew E. Russell (#5382)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Defendant*<br>*TVision Insights, Inc.* |

SO ORDERED this 22nd day of July, 2024

/s/ Richard G. Andrews
United States District Judge